# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DONALD ALLBAUGH, on behalf of himself and all others similarly situated,

Plaintiff,

v.

CALIFORNIA FIELD IRONWORKERS PENSION TRUST et. al.,

Defendants.

Case No. 2:12-cv-00561-JAD-GWF

**Order Approving Jointly Proposed Form of Class Notice**
**[Docs. 98, 103]**

On August 4, 2014, the court certified an FRCP 23(b)(2) and (b)(3) class and directed the parties to submit a proposed notice of class action. Doc. 86. Plaintiff submitted a version of the notice on September 11, 2014. Doc. 98. Shortly thereafter, the parties reached an agreement on the form. Doc. 103-1. They now jointly ask the court to approve it under FRCP 23(c)(2). Doc. 103.

Having reviewed the proposed notice, Doc. 103-1, I find that it is the best notice practicable under the circumstances and clearly and concisely states in plain, easily understood language all elements required by FRCP 23(c)(2)(B). Accordingly, IT IS HEREBY ORDERED that THE Joint Motion for Approval of Proposed Form of Notice **(Doc. 103) is GRANTED,** and the form of the class notice jointly presented by the parties at Doc. 103-1 is APPROVED. Plaintiff's previous request for approval of his proposed class notice **(Doc. 98) is DENIED** as moot as it was supplanted by the joint motion.

DATED October 3, 2014.

_____
Jennifer A. Dorsey
United States District Judge