# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DONALD ALLBAUGH, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>vs.<br><br>CALIFORNIA FIELD IRONWORKERS PENSION TRUST, *et al.*,<br><br>        Defendants. | Case No.  2:12-cv-00561-JAD-GWF<br><br>**ORDER** |

    This matter is before the Court on Plaintiff's Motion for Leave to File CFIPT00 Bates Numbered CFIPT 003849 - CFIPT 003857 Under Seal (#112), filed on December 19, 2014.

    Plaintiff requests that he be permitted to file documents Bates numbered CFIPT 003849-CFIPT 003857 under seal.  Plaintiff represents that these documents contain confidential personal information, such as dates of birth, Social Security numbers, benefits data, and information about his spouse and ex-wife.  Plaintiff has sufficiently established good cause.  Accordingly,

    **IT IS HEREBY ORDERED** that Plaintiff's Motion for Leave to File CFIPT00 Bates Numbered CFIPT 003849 - CFIPT 003857 Under Seal (#112) is **granted**.

    DATED this 22nd day of December, 2014.

                                    _____
                                    GEORGE FOLEY, JR.
                                    United States Magistrate Judge