# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

DONALD ALLBAUGH, on behalf of himself )
and all others similarly situated, )
  )
            Plaintiff, )   Case No.  2:12-cv-00561-JAD-GWF
  )
vs. )   **ORDER**
  )
CALIFORNIA FIELD IRONWORKERS PENSION )
TRUST, *et al.*, )
  )
            Defendants. )
_____)

This matter is before the Court on Ashlie L. Surur, Esq.'s ("counsel") Motion to Remove Attorney from Electronic Service List (ECF No. 182), filed on June 10, 2016.

Counsel represents that she is no longer associated with Gordon & Rees, LLP who currently represent Defendants in this matter.  Therefore, counsel requests that she be removed as attorney of record for Defendants.  Counsel also indicated that her withdrawal will not delay or prejudice the proceedings because Defendants will continue to be represented by Gordon & Rees, LLP.  The Court finds that counsel has provided good cause to justify granting her withdrawal.  Accordingly,

**IT IS HEREBY ORDERED** that Ashlie L. Surur, Esq.'s Motion to Remove Attorney from Electronic Service List (ECF No. 182) is **granted**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall remove Ashlie L. Surur, Esq. from the CM/ECF service list in this case.

DATED this 13th day of June, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge