1    ROBERT S. LARSEN
Nevada State Bar No. 7785
2    GORDON & REES LLP
300 South Fourth Street, Suite 1550
3    Las Vegas, Nevada   89101
Telephone:  (702) 577-9301
4    Facsimile:  (702) 255-2858
rlarsen@grsm.com
5

6    RONALD K. ALBERTS
(*Admitted Pro Hac Vice*)
7    SUSAN L. METER
(*Admitted Pro Hac Vice*)
8    MICHELLE L. STEINHARDT
(*Admitted Pro Hac Vice*)
9    GORDON & REES LLP
633 West Fifth Street, 52nd Floor
10    Los Angeles, California  90071
Telephone:  (213) 576-5000
11    Facsimile:  (213) 680-4470
ralberts@grsm.com
12    smeter@grsm.com
msteinhardt@grsm.com
13
Katherine McDonough, Esq.
14    (*Admitted Pro Hac Vice*)
Kraw Law Group APC
15    605 Ellis Street, Suite 200
Mountain View, CA 94043
16    Telephone: (650) 314-7815
kmcdonough@kraw.com
17
*Attorneys for Defendants*
18    *California Ironworkers Field Pension Trust,*
*Board of Trustees of The California*
19    *Ironworkers Field Pension Trust, Plan Administrator*
*of The California Ironworkers Field Pension Trust*

20

21                UNITED STATES DISTRICT COURT

22                  DISTRICT OF NEVADA

23    DONALD ALLBAUGH, on behalf of himself and )   CASE NO. 2:12-cv-00561-~~GMN~~-GWF
all others similarly situated,             )                    JAD

24                                      )

25                    Plaintiffs,     )

26          vs.                       )   **STIPULATION AND ORDER**
                                     )   **TO CONTINUE TRIAL AND STAY**
27    CALIFORNIA FIELD IRONWORKERS      )   **CASE**
PENSION TRUST; BOARD OF TRUSTEES OF )
28    THE CALIFORNIA FIELD IRONWORKERS   )   **FIRST REQUEST**
PENSION TRUST, PLAN ADMINISTRATOR   )

---

**Gordon & Rees LLP**
**300 South Fourth Street**
**Suite 1550**
**Las Vegas, NV 89101**

OF THE CALIFORNIA FIELD IRONWORKERS )
PENSION TRUST,                        )
                                      )
                    Defendants.       )
_____)

Plaintiff Donald Allbaugh and Defendants California Ironworkers Field Pension Trust and the Board of Trustees of the California Ironworkers Field Pension Trust, Plan Administrator of the California Ironworkers Field Pension Trust ("Defendants") hereby stipulate and request that the Court enter an order continuing the trial date for approximately 70 days until a date convenient for the Court in April 2018 and staying all other deadlines until after January 15, 2018 to allow the parties to complete a settlement framework agreed to between the parties.

Pursuant to LR 26-4, with respect to the request for an extension of deadlines, the parties are submitting this stipulation prior to twenty-one (21) days before the expiration of any of the deadlines the parties are seeking to extend.

Pursuant to LR 6-1 and 26-4, the parties further state that this is the first request for continuance of the trial date and further state as follows:

**Reason for Request**

At the pretrial status conference on October 16, 2017, the Court stated its inclination to send the parties to another settlement conference. The parties elected to participate in a private mediation. The mediation was held in San Francisco, California on November 7, 2017. At the end of the mediation and following subsequent negotiations, the parties have agreed to a settlement framework to resolve all of the class claims in this case and claims related to the second proposed class identified in Plaintiff's Amended Complaint [ECF No. 72]. The parties have agreed on the settlement amount and other essential terms. However, the settlement agreement is subject to a funding contingency whereby the Defendants will have until January 12, 2018 to obtain funding for a portion of the settlement amount from their insurance carriers. On or before that date, Defendants must notify Plaintiffs whether the funding contingency and allocation issues between Defendants and Plaintiffs have been satisfied. In the event that an

1  agreement regarding the allocation of the settlement amount between Defendants and their

2  insurers cannot be reached, Defendants have the right to terminate the settlement agreement.

3      The trial date is currently scheduled for January 23, 2018, Motions in Limine are due on

4  December 22, 2017 and the pre-trial calendar call and all accompanying filings are scheduled for

5  January 16,2018.  In an effort to conserve resources and allow the parties to focus on completing

6  the settlement framework, the parties agreed to request this Court to continue the trial for

7  approximately 70 days until a date in April 2018.  This is a large class case and preparing for

8  trial will require numerous resources of both attorney and party time and result in significant

9  expenses.  Continuing the trial will allow the parties to continue working to resolution without

10  having to face the time and cost of preparing for a large trial at the same time.

11      One of the terms in the parties' agreement is that if the Court is unable to accommodate a

12  trial in April 2018, either party may cancel the settlement agreement.

13      Accordingly, the parties have conferred and stipulated to and respectfully request that the

14  Court vacate the current trial date and re-schedule the trial to begin in **April 2018.**.  The parties

15  also request that the court stay all pending motions and any further proceedings  set forth in the

16  Joint Pretrial Order [ECF No. 210] until after January 15, 2018 and reschedule those dates based

17  on the new trial date. The parties will notify the Court on or before January 15, 2018 regarding

18  the status of the settlement.

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

Gordon & Rees LLP
300 South Fourth Street
Suite 1550
Las Vegas, NV 89101

1    Accordingly, for good cause shown, the parties respectfully request that, the Court enter

2    an order approving the continuance of the trial to a date in April 2018 as set forth above.

3    DATED:  November 18, 2017.                    DATED:  November_18, 2017.

4    GORDON REES SCULLY MANSUKHANI,              MARTIN & BONNET, P.L.L.C.
     LLP

5

6    */s/ Robert S. Larsen*                        */s/ Susan Martin*

7    ROBERT S. LARSEN, ESQ.                        SUSAN MARTIN, ESQ.
     Nevada Bar No. 7785                           (*Pro Hac Vice*)
     300 South Fourth Street, Suite 1550

8    Las Vegas, Nevada  89101
     RONALD K. ALBERTS, ESQ.                       JENNIFER KROLL, ESQ.

9    (*Pro Hac Vice*)                              (*Pro Hac Vice*)
     SUSAN L. METER, ESQ.                          1850 N. Central Avenue

10   (*Pro Hac Vice*)                              Suite 2010
     MICHELLE L. STEINHARDT, ESQ.                  Phoenix, Arizona 85004

11   (*Pro Hac Vice*)
     GORDON & REES LLP

12   633 West Fifth Street, 52nd Floor            KATHLEEN J. ENGLAND, ESQ.
     Los Angeles, California  90071               Nevada Bar No. 206
                                                  630 South Third Street

13                                                Las Vegas, NV 89101
     KATHERINE MCDONOUGH, ESQ.

14   (*Admitted Pro Hac Vice*)                    MICHAEL D. LORE, ESQ.
     Kraw Law Group APC                           (*Pro Hac Vice*)

15   605 Ellis Street, Suite 200                  8 Greenway Plaza, Suite 1500
     Mountain View, CA 94043                      Houston, TX  77046

16

17   *Attorneys for Defendants California*          *Attorneys for Plaintiffs*
     *Ironworkers Field Pension Trust, Board of*

18   *Trustees of The California Ironworkers Field*
     *Pension Trust, Plan Administrator of The*

19   *California Ironworkers Field Pension Trust*

20                              **ORDER**

21   **IT IS ORDERED** that the bench trial is reset for April 10, 2018 at 9:00 a.m. Calendar
     call is reset for April 2, 2018 at 1:30 p.m.  Motions in limine are due by March 9, 2018.

22   **IT IS FURTHER ORDERED** that all trial briefs, exhibit lists, witness lists, and proposed

23   findings of facts and conclusions are due by April 2, 2018.

24   **IT IS FURTHER ORDERED** that the Status Conference is reset for January 16, 2018 at
     1:30 p.m.

25

26   _____
     UNITED STATES DISTRICT JUDGE

27   DATED:  11/20/2017

28

1079210/35712423v.1