# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Donald Allbaugh

        Plaintiff,

v.

California Field Ironworkers Pension Trust, et al

        Defendants.

JUDGMENT FOR ATTORNEY'S FEES IN A CIVIL CASE

Case Number: 2:12-cv-00561-JAD-GWF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment for attorneys' fees and costs is hereby entered in favor of plaintiff and against defendants in the amount of $5,133,333.33, plus $320,000 in reimbursed costs, for a total payment of $5,453,333.33.

July 19, 2018
Date

DEBRA K. KEMPI
Clerk

/s/ M. Morrison
Deputy Clerk